United States Courts
Southern District of Texas
FILED
December 03, 2025
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | §    CRIMINAL NO. **4:25-cr-00650** |
| v. | § |
| | § |
| DUSTIN REY SALINAS, | § |
| Defendant | § |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### GENERAL ALLEGATIONS

At all times material to this Indictment, unless otherwise stated:

1. Walgreens is a Deerfield, Illinois based company, with stores and products throughout the United States, engaged in the business of retail purchase and sale of consumer goods which are shipped in and affect interstate commerce.

2. Subway IP LLC is a Shelton, Connecticut based company, with stores and products throughout the United States, engaged in the business of retail purchase and sale of consumer goods which are shipped in and affect interstate commerce.

3. Burger King Corporation is a Miami, Florida based company, with stores and products throughout the United States, engaged in the business of retail purchase and sale of consumer goods which are shipped in and affect interstate commerce.

4. The Wendy's Company is a Dublin, Ohio based company, with stores and products throughout the United States, engaged in the business of retail purchase and sale of consumer goods which are shipped in and affect interstate commerce.

1

## COUNT ONE

### Interference With Commerce by Robbery

5. The factual allegations in Paragraph 1 are re-alleged and incorporated by reference as if fully set forth herein.

6. On or about November 21, 2024, in the Houston Division of the Southern District of Texas, the defendant,

### DUSTIN REY SALINAS

did unlawfully obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, §§ 1951(b)(1) and (b)(3), in that the defendant did unlawfully take and obtain the property of Walgreens located at 747 E. Crosstimbers St., Houston, Texas which was in the possession and custody of an employee of Walgreens, namely United States Currency, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of the items.

In violation of Title 18, United States Code, Section 1951.

## COUNT TWO

### Brandishing a Firearm During and in Relation to a Crime of Violence

7. The factual allegations in Paragraph 1 are re-alleged and incorporated by reference as if fully set forth herein.

8. On or about November 21, 2024, in the Houston Division of the Southern District of Texas, the defendant,

### DUSTIN REY SALINAS

did knowingly brandish a firearm, namely, a handgun, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that being Interference with Commerce by Robbery, as alleged in Count One.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT THREE

### Interference With Commerce by Robbery

9. The factual allegations in Paragraph 2 are re-alleged and incorporated by reference as if fully set forth herein.

10. On or about January 6, 2025, in the Houston Division of the Southern District of Texas, the defendant,

**DUSTIN REY SALINAS**

did unlawfully obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, §§ 1951(b)(1) and (b)(3), in that the defendant did unlawfully take and obtain the property of Subway located at 5770 Hollister Rd., Houston, Texas which was in the possession and custody of an employee of Subway, namely United States Currency, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of the items.

In violation of Title 18, United States Code, Section 1951.

## COUNT FOUR

### Brandishing a Firearm During and in Relation to a Crime of Violence

3

11. The factual allegations in Paragraph 2 are re-alleged and incorporated by reference as if fully set forth herein.

12. On or about January 6, 2025, in the Houston Division of the Southern District of Texas, the defendant,

**DUSTIN REY SALINAS**

did knowingly brandish a firearm, namely, a handgun, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that being Interference with Commerce by Robbery, as alleged in Count Three.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT FIVE

### Interference With Commerce by Robbery

13. The factual allegations in Paragraph 3 are re-alleged and incorporated by reference as if fully set forth herein.

14. On or about January 6, 2025, in the Houston Division of the Southern District of Texas, the defendant,

**DUSTIN REY SALINAS**

did unlawfully obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, §§ 1951(b)(1) and (b)(3), in that the defendant did unlawfully take and obtain the property of Burger King located at 3040 Ella Blvd., Houston, Texas which was in the possession and custody of an employee of Burger King, namely United States Currency, by means of actual and threatened force, violence, and fear of injury to those in lawful

possession of the items.

In violation of Title 18, United States Code, Section 1951.

## COUNT SIX

### Brandishing a Firearm During and in Relation to a Crime of Violence

15. The factual allegations in Paragraph 3 are re-alleged and incorporated by reference as if fully set forth herein.

16. On or about January 6, 2025, in the Houston Division of the Southern District of Texas, the defendant,

**DUSTIN REY SALINAS**

did knowingly brandish a firearm, namely, a handgun, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that being Interference with Commerce by Robbery, as alleged in Count Five.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT SEVEN

### Interference With Commerce by Robbery

17. The factual allegations in Paragraph 4 are re-alleged and incorporated by reference as if fully set forth herein.

18. On or about January 9, 2025, in the Houston Division of the Southern District of Texas, the defendant,

**DUSTIN REY SALINAS**

did unlawfully obstruct, delay, and affect interstate commerce and the movement of articles and

commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, §§ 1951(b)(1) and (b)(3), in that the defendant did unlawfully take and obtain the property of Wendy's located at 12486 Northwest Fwy., Houston, Texas which was in the possession and custody of an employee of Wendy's, namely United States Currency, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of the items.

In violation of Title 18, United States Code, Section 1951.

## COUNT EIGHT

### Brandishing a Firearm During and in Relation to a Crime of Violence

19. The factual allegations in Paragraph 4 are re-alleged and incorporated by reference as if fully set forth herein.

20. On or about January 9, 2025, in the Houston Division of the Southern District of Texas, the defendant,

**DUSTIN REY SALINAS**

did knowingly brandish a firearm, namely, a handgun, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that being Interference with Commerce by Robbery, as alleged in Count Seven.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

A TRUE BILL:


**FOREPERSON OF THE GRAND JURY**

**NICHOLAS J. GANJEI
UNITED STATES ATTORNEY**

BY: _____
    **Keri Fuller
    Assistant United States Attorney**